**SEALED**

FILED
Feb 13, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MICHELE BECKWITH
Acting United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DARYL VINSON, <br><br> Defendant. | CASE NO. 1:25-cr-00028-KES-BAM <br><br> MOTION AND ~~PROPOSED~~ ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on June 3, 2021, charging the above defendant with a violation of 18 U.S.C. § 2244(3) – Abusive Sexual Contact of a Minor; 18 U.S.C. § 113(a)(5) – Simple Assault on a Person Under 16 (TWO COUNTS); 18 U.S.C. § 2253(a) - Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrant issued pursuant thereto, except

///

///

when necessary for the issuance and execution of the warrant.

Dated: February 13, 2025

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

By     /s/ Arin C. Heinz
ARIN C. HEINZ
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  February 13, 2025

SHEILA K. OBERTO
U.S. Magistrate Judge