MICHELE BECKWITH
Acting United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-00028-KES-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER |
| v. | |
| DARYL VINSON, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on April 9, 2025. Dkt 12.

2. By this stipulation, defendant now moves to continue the status conference and to exclude time between April 9, 2025, and July 9, 2025, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government provided discovery to defense counsel in accordance with the statutory timeline. The discovery consists of law enforcement reports and surveillance footage. Defense requests additional time to review the discovery and discuss the case with Mr. Vinson.

    b) The defendant asks the Court to exclude time between April 9, 2025, and July 9, 2025, to account for time to conduct their own investigation, discuss potential resolution of the

case via a plea agreement, and determine if this case needs to be set for trial, taking into account the exercise of due diligence.

   c)  The government does not object to the continuance.

   d)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

   e)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 9, 2025 to July 9, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 1, 2025         MICHELE BECKWITH
                    Acting United States Attorney

                    /s/ ARIN C. HEINZ
                    ARIN C. HEINZ
                    Assistant United States Attorney

Dated: April 1, 2025         /s/ BARBARA O'NEIL
                    BARBARA O'NEIL
                    Counsel for Defendant
                    DARYL VINSON

**ORDER**

IT IS SO ORDERED that the status conference is continued from April 9, 2025, to **July 9, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **April 1, 2025**                    /s/ Barbara A. McAuliffe
                                                            UNITED STATES MAGISTRATE JUDGE