ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-00028-KES-EPG |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| DARYL VINSON, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on January 14, 2026.

2. By this stipulation, defendant now moves to continue the status conference to February 25, 2026, and to exclude time between January 14, 2026, and February 25, 2026, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government provided discovery to defense counsel in accordance with the statutory timeline. The discovery consists of law enforcement reports and surveillance footage. Defense requests additional time to review the discovery and discuss the case with Mr. Vinson.

   b) Counsel for the government is newly assigned to the case as of November 10,

2025.

        c)        The government made a plea offer to the defendant on May 5, 2025. The defense counsel requires additional time to discuss the plea offer with her client and conduct negotiations with the recently assigned Assistant United States Attorney. The parties will be prepared to schedule a trial date, if necessary, at the next status conference.

        d)        The defendant asks the Court to exclude time between January 14, 2026, and February 25, 2026, to account for time to conduct their own investigation, discuss potential resolution of the case via a plea agreement, and determine if this case needs to be set for trial, taking into account the exercise of due diligence.

        e)        The government does not object to the continuance.

        f)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

        g)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 14, 2026 to February 25, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 6, 2026                          ERIC GRANT
                                                    United States Attorney

                                                      /s/ ANTONIO J. PATACA
                                                     ANTONIO J. PATACA
                                                     Assistant United States Attorney

Dated: January 6, 2026

/s/ BARBARA O'NEIL
BARBARA O'NEIL
Counsel for Defendant
DARYL VINSON

**FINDINGS AND ORDER**

For the reasons set forth in the parties' stipulation, the status conference shall be continued until February 25, 2026, and time will be excluded between January 14, 2026, and February 25, 2026, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **January 6, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

3