ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:25-CR-00028-KES-EPG |
| Plaintiff, | STIPULATION SETTING CHANGE OF PLEA HEARING; ORDER |
| v. | |
| DARYL VINSON, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for a status conference on June 10, 2026, trial confirmation on August 24, 2026, and for trial on September 22, 2026.

2.     By this stipulation, defendant now moves to vacate these hearings and set the matter for a change of plea hearing on May 11, 2026.

3.     No exclusion of time is necessary as time has already been excluded up through and including September 22, 2026.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

IT IS SO STIPULATED.

Dated:  March 20, 2026                    ERIC GRANT
                                          United States Attorney

                                          /s/ ANTONIO J. PATACA
                                          ANTONIO J. PATACA
                                          Assistant United States Attorney


Dated:  March 20, 2026                    /s/ BARBARA O'NEIL
                                          BARBARA O'NEIL
                                          Counsel for Defendant
                                          DARYL VINSON

### **ORDER**

IT IS SO ORDERED that the jury trial set for September 22, 2026, trial confirmation set for August 24, 2026 and status conference set for June 10, 2026 are vacated. A change of plea hearing on **May 11, 2026 at 9:30 a.m**. **in Courtroom 6 before the District Judge Kirk E. Sherriff.**  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).


IT IS SO ORDERED.

Dated:    **March 23, 2026**              /s/ _Erica P. Grosjean_
                                          UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2