ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-00028-KES-EPG |
| Plaintiff, | STIPULATION CONTINUING CHANGE OF PLEA HEARING; ORDER |
| v. | |
| DARYL VINSON, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a change of plea hearing on May 11, 2026.

2. By this stipulation, defendant now moves to continue the change of plea hearing to May 18, 2026.

3. No exclusion of time is necessary as time has already been excluded up through and including September 22, 2026.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

STIPULATION; ORDER

1

IT IS SO STIPULATED.

Dated:  March 25, 2026                    ERIC GRANT
                                          United States Attorney

                                          /s/ ANTONIO J. PATACA
                                          ANTONIO J. PATACA
                                          Assistant United States Attorney


Dated:  March 25, 2026                    /s/ BARBARA O'NEIL
                                          BARBARA O'NEIL
                                          Counsel for Defendant
                                          DARYL VINSON

STIPULATION; ORDER                           2

**FINDINGS AND ORDER**

The change of plea hearing set for May 11, 2026, is reset for May 18, 2026, at 9:30 a.m. before District Judge Kirk E. Sherriff. Time has previously been excluded through September 22, 2026.

IT IS SO ORDERED.

Dated:    March 26, 2026

_____
UNITED STATES DISTRICT JUDGE

STIPULATION; ORDER

3